UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:04-CR-201-1BO

**United States of America**

vs.                                                             **RELEASE ORDER**

**Arnulfo Ramirez**

A Motion for Revocation was submitted on March 5, 2018, charging the defendant with criminal conduct. The motion was filed and a warrant was issued on March 6, 2018, and executed by the United States Marshal Service on March 14, 2018. On March 15, 2018, the defendant appeared for an initial appearance on the pending revocation matter and was ordered detained until further court proceedings. On April 6, 2018, an Order Withdrawing Motion for Revocation and Striking Warrant was signed by this Court, and the defendant's supervision was ordered continued under the conditions originally imposed.

**IT IS THEREFORE ORDERED** that the defendant be released from custody immediately.

This the 6th day of April, 2018.

Terrence W. Boyle
U.S. District Judge